UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DOROTHY HEBERT | * | CIVIL ACTION NO.: 2:17-cv-03529 |
| VERSUS | * | JUDGE: MARTIN L.C. FELDMAN |
| WING SALE, INC. | * | MAGISTRATE JUDGE: MICHAEL B. NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Before the court is Wing Sale, Inc.'s Ex Parte Motion for Leave to File a Third Party Demand. Having reviewed the motion, this court finds that the motion is meritorious and should be granted.

IT IS HEREBY ORDERED that the Third Party Demand attached to Wing Sale, Inc.'s motion for leave shall be filed into the record.

New Orleans, Louisiana, this 11th day of October, 2017.

_____
HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

#2540616