CALL DOCKET
FELDMAN, J.
MARCH 14, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**O R D E R**

A review of the record indicates that no service of the complaint has been made upon the defendant(s).

Rule 4(m) of the Federal Rules of Civil Procedure provides:

If service of the summons and complaint is not made upon a defendant within 90 days after the filing of the complaint, the Court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly;

IT IS ORDERED that on or before April 13, 2018, third party plaintiff shall file into the record the returns of service of process that have been effected on the third party defendants. Failure to do so will result, without further notice, in the DISMISSAL of any unserved third party defendants.

IT IS FURTHER ORDERED that on or before May 14, 2018, third party plaintiff shall obtain responsive pleadings or defaults on all served third party defendants. Failure to do so will result in the third party defendants' DISMISSAL for failure to prosecute, without further notice.

17-3529    DOROTHY HEBERT VS. WING SALE, INC.
           (As to Xuzhou Aliter Products Co., Ltd., Shanico Enterprise Corporation and NSL Group USA, Inc.)