UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DOROTHY HEBERT | * | CIVIL ACTION NO: |
| | * | 2:17-CV-03529 |
| VERSUS | * | |
| | * | JUDGE FELDMAN |
| WING SALE, INC. | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes third-party defendant Shanico Enterprise Corp. ("Shanico"), which pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, and for reasons more fully explained in the attached memorandum, moves the Court, for lack of personal jurisdiction over Shanico in this case, to dismiss Shanico from this litigation.

/s/Jose L. Barro
Deirdre C. McGlinchey (24167)
Patrick J. O'Cain (20993)
Jose L. Barro III (30857)
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, Floor 12
New Orleans, Louisiana 70130
Telephone:  504.586.1200
Facsimile:  504.910.
ATTORNEYS FOR SHANICO ENTERPRISE CORP.

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on April 24, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record herein.

                                            */s/ Jose L. Barro*
                                            JOSE L. BARRO