UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DOROTHY HEBERT | * | CIVIL ACTION NO.:  2:17-cv-03529 |
| VERSUS | * | JUDGE:  MARTIN L.C. FELDMAN |
| WING SALE, INC. | * | MAGISTRATE JUDGE:  MICHAEL B. NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING, Wing Sale, Inc.'s Unopposed Motion to Reset Submission Date on Shanico's Motion to Dismiss:

IT IS HEREBY ORDERED that Wing Sale, Inc.'s motion is hereby GRANTED and the submission date for the Motion to Dismiss filed by Shanico is reset to May 30, 2018. Oppositions are due in accordance with local rule 7.5.

NEW ORLEANS, LOUISIANA, this __2nd__ day of ____May____ 2018.

_____
MARTIN L.C. FELDMAN
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA