```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


DOROTHY HEBERT                                        CIVIL ACTION

V.                                                    NO. 17-3529

WING SALE, INC.                                       SECTION "F"
```

ORDER

Before the Court is NSL Group USA's motion for judgment on the pleadings, pursuant to Federal Rule of Civil Procedure 12(c). NSL, a third-party defendant, sought dismissal of the claims alleged in the third party demand of Wing Sale, the third-party plaintiff. Shortly after NSL moved for judgment on the pleadings, Wing Sale sought leave to amend its third party demand. The Magistrate Judge granted Wing Sale's motion on July 25, 2018.[1] Because Wing Sale's Restated and Amended Third Party Complaint alleges four additional claims for relief against NSL, IT IS ORDERED: that NSL's motion for judgment on the pleadings is dismissed without prejudice.

---

[1] NSL sought dismissal on the basis that Wing Sale failed to state a valid claim for contribution or indemnity under Louisiana law. In Wing Sale's amended third-party complaint, Wing Sale alleges additional grounds for relief: detrimental reliance, redhibition, breach of warranties, and breach of contract. As Wing Sale had not made these claims in its initial third-party complaint, NSL did not contemplate these causes of action in its motion for judgment on the pleadings.

New Orleans, Louisiana, August 7, 2018

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE