UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DOROTHY HEBERT | * | CIVIL ACTION NO.: 2:17-cv-03529 |
| VERSUS | * | JUDGE: MARTIN L.C. FELDMAN |
| WING SALE, INC. | * | MAGISTRATE JUDGE: MICHAEL B. NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Joint Motion to Dismiss:

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims of plaintiff, Dorothy Hebert, asserted in the Complaint against defendant, Wing Sale, Inc., be dismissed, with prejudice, with each party to bear its own costs.

New Orleans, Louisiana this __24th__ day of July, 2019.

_____
JUDGE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE

2908984 v1